**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:22-mj-51 (CHW)** |
| **ALLEN RUDOLPH,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER ON MOTION TO WITHDRAW MOTION TO SUPPRESS**

Before the Court is the Defendant's notice of withdrawal of his motion to suppress (Doc. 32). Based on this withdrawal, the Clerk of Court is directed to **DISMISS** Defendant's motion to suppress filed on December 15, 2022. (Doc. 17).

This order **DOES NOT**, however, constitute a continuance or cancellation of the hearing scheduled for 10:30 a.m. on February 27, 2023. Defendant is expected to be present, with counsel, for a pretrial conference, for purposes of scheduling trial or other proceedings to resolve this case. Defendant's failure to appear may result in the issuance of a warrant for his arrest.

**SO ORDERED**, this 24th day of February, 2023.


s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge